TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (CA State Bar # 111536); gsgilchrist@townsend.com
VERONICA BESMER (CA State Bar # 246560); vbesmer@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>COCOON FURNISHINGS, INC., a California company,<br><br>            Defendant. | Case No. C 07-4017 BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

DATED: October 3, 2007                    TOWNSEND AND TOWNSEND AND CREW LLP

                                                           /s/ V. Besmer
                                                           _____
                                                           Veronica Besmer
                                                           Counsel for Plaintiff
                                                           WILLIAMS-SONOMA, INC.