POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Veronica Besmer, 246560<br>TOWNSEND & TOWNSEND & CREW<br>Two Embarcadero Cr 8th Floor<br>San Francisco, CA 94111<br>TELEPHONE NO.: (415) 576-0200<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: Williams-Sonoma, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Cocoon Furnishings, Inc. | C 07-4017 BZ |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>033127-019100US |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Notice of Case Assignment to Magistrate Judge, Order Setting Initial Case Mgmt Conf. etc., ECF Registration Handbook, USDC SF Info Sheet

3. a. Party served: Cocoon Furnishings, Inc.

   b. Person Served: Sarah Andersen - Person authorized to accept service of process

4. Address where the party was served: 672 Riviera Drive
   Los Altos, CA 94024

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): October 1, 2007    (2) at (time): 9:30 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Cocoon Furnishings, Inc.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:    Ceaser Railey
   b. Address: One Legal, Inc. - 132-Marin
               504 Redwood Blvd #223
               Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 95.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 850
         (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: October 5, 2007

Ceaser Railey
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

BY FAX

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6648833