1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (CA State Bar # 111536)
2  VERONICA BESMER (CA State Bar # 246560)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | WILLIAMS-SONOMA, INC., a California     | Case No. C-07-4017 JSW
   | corporation,
13 |                                          | **PROOF OF SERVICE OF ORDER
   |              Plaintiff,                  | SETTING CASE MANAGEMENT
14 |                                          | CONFERENCE AND REQUIRING JOINT
   |       v.                                 | CASE MANAGEMENT CONFERENCE
15 |                                          | STATEMENT**
   | COCOON FURNISHINGS, INC., a California
16 | company,
   |
17 |              Defendant.

18

19

20

21      I am a citizen of the United States and am employed in the City and County of San Francisco,

22 State of California, am over the age of eighteen years, and am not a party to the above-entitled case.

23 My business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111. I

24 served the **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING**

25 **JOINT CASE MANAGEMENT CONFERENCE STATEMENT**, attached hereto as Exhibit A, by

26 causing a true copy thereof to be hand delivered, and by depositing a true copy thereof with Federal

27 Express in San Francisco, California, on October 30, 2007, enclosed in sealed envelopes, addressed as

28 follows:

1
2  Richard P. Hildalgo
   Hildalgo & Associates, Inc.
3  222 W. Main Street, Suite 103
   Tustin, CA  92780
4  Telephone:  (614) 544-6600

5
        I declare under penalty of perjury under the laws of the United States that the foregoing is true
6
   and correct.
7

8
   DATED:  October 30, 2007                    _____
9                                                       Laura T. Inglis
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

61195636 v1    PROOF OF SERVICE OF ORDER SETTING CMC & REQUIRING JT CMC STMT                - 2 -
               *Williams-Sonoma, Inc. v. Cocoon Furnishings, Inc.*; Case No. c 07-04017 JSW

From: Origin ID: APCA (415)576-0200
Laura T. Inglis
Townsend and Townsend and Crew LLP
Two Embarcadero Center
8th Floor
San Francisco, CA 94111



Ship Date: 30OCT07
ActWgt: 1 LB
System#: 7215142/WBUS0200
Account#: S ********

Delivery Address Bar Code



CLS090607/21/23

SHIP TO: (714)544-6600    BILL SENDER
**Richard Hildalgo**
**Hildago & Associates, Inc.**
**222 W Main St**
**Ste 103**
**Tustin, CA 927807711**

Ref # 033127.019100US-3756
Invoice #
PO #
Dept #



TRK# 7908 6294 8772
0201

WED - 31OCT     A2
STANDARD OVERNIGHT
ASR

SNA
CA-US
92780

**WZ-DTHA**



- - - - - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible - - - - - -

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

# EXHIBIT A to PROOF OF SERVICE
(ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT)

*Williams-Sonoma, Inc. v. Cocoon Furnishings, Inc.*
Case No. C 07-04017 JSW

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA INC., <br><br> Plaintiff, <br><br> v. <br><br> COCOON FURNISHINGS INC., <br><br> Defendant. | No. C 07-04017 JSW <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on January 4, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

EXHIBIT __A__ pg. 1 of 2

*Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements my also address all of the topics set forth in the Standing Order referenced above. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made. In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: October 11, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

EXHIBIT A pg 2 of 2