TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (SBN 111536); gsgilchrist@townsend.com
VERONICA BESMER (SBN 246560); vbesmer@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> COCOON FURNISHINGS, INC., <br><br> Defendant. | Case No. C07-04017 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** <br><br> CMC Date:  January 4, 2008 <br> CMC Time:  1:30 pm <br> CtRm:     2, 17th Floor |

By Order dated October 11, 2007, this Court set the above-referenced action for Case Management Conference on January 4, 2008, at 1:30 p.m. In addition, December 26, 2007 (five (5) court days prior to the conference) was set as the date for the filing of a Joint Case Management Statement.

Since the complaint was filed, the parties have discussed consent judgment and the prospects of settlement. In addition, plaintiff has discovered information about another infringing party that will soon be added as a new defendant. Given that the present defendant has not yet answered, in order to maximize the chance of settlement with this defendant before the litigation begins in earnest, and to provide additional time for plaintiff to amend the complaint, the parties ask for a 28 day continuance of the case management conference and the related deadlines including submission of a Joint ADR Certification, meeting and conferring about and preparing a joint case management statement and

1 | proposed order, and making initial disclosures.

2 | Accordingly, the parties respectfully request that all pending deadlines be continued for 28

3 | days and that the initial Case Management Conference be set for February 1, 2008 at 1:30 p.m.

4

5

6 | DATED: December 10, 2007     Respectfully submitted,

7 |                                        TOWNSEND AND TOWNSEND AND CREW LLP

8

9 |                                        By: _____
                                                   VERONICA BESMER

10 |                                                GREGORY S. GILCHRIST

11 |                                        Attorneys for Plaintiff
                                       WILLIAMS-SONOMA, INC.

12

13 | DATED: December 11, 2007      HIDALGO & ASSOCIATES, INC.

14

15 |                                        By: _____
                                                 RICHARD P. HIDALGO

16

17 |                                        Attorney for Defendant
                                       COCOON FURNISHINGS FOR THE HOME, INC.

18

19

20 |                                                 **ORDER**

21 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23

24 | Dated: _____

25 |                                     Judge of the U.S. District Court

26

27

28