```
1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (SBN 111536); gsgilchrist@townsend.com
2  VERONICA BESMER (SBN 246560); vbesmer@townsend.com
   Two Embarcadero Center, Eighth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.
6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11  WILLIAMS-SONOMA, INC.,            Case No. C07-04017 JSW

12             Plaintiff,              STIPULATION AND [PROPOSED] ORDER
                                       CONTINUING CASE MANAGEMENT
13        v.                           CONFERENCE AND RELATED
                                       DEADLINES
14  COCOON FURNISHINGS, INC.,
                                       CMC Date:     January 4, 2008
15             Defendant.              CMC Time:     1:30 pm
                                       CtRm:         2, 17th Floor
16

17

18        By Order dated October 11, 2007, this Court set the above-referenced action for Case

19  Management Conference on January 4, 2008, at 1:30 p.m.  In addition, December 26, 2007 (five (5)

20  court days prior to the conference) was set as the date for the filing of a Joint Case Management

21  Statement.

22        Since the complaint was filed, the parties have discussed consent judgment and the prospects

23  of settlement.  In addition, plaintiff has discovered information about another infringing party that will

24  soon be added as a new defendant.  Given that the present defendant has not yet answered, in order to

25  maximize the chance of settlement with this defendant before the litigation begins in earnest, and to

26  provide additional time for plaintiff to amend the complaint, the parties ask for a 28 day continuance

27  of the case management conference and the related deadlines including submission of a Joint ADR

28  Certification, meeting and conferring about and preparing a joint case management statement and
```

1 | proposed order, and making initial disclosures.
2 |     Accordingly, the parties respectfully request that all pending deadlines be continued for 28
3 | days and that the initial Case Management Conference be set for February 1, 2008 at 1:30 p.m.
4 |
5 |
6 | DATED: December 10, 2007    Respectfully submitted,
7 |     TOWNSEND AND TOWNSEND AND CREW LLP
8 |
9 |     By: _____
10 |         VERONICA BESMER
11 |         GREGORY S. GILCHRIST
12 |     Attorneys for Plaintiff
13 |     WILLIAMS-SONOMA, INC.
14 |
15 | DATED: December 11, 2007    HIDALGO & ASSOCIATES, INC.
16 |
17 |     By: _____
18 |         RICHARD P. HIDALGO
19 |     Attorney for Defendant
20 |     COCOON FURNISHINGS FOR THE HOME, INC.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 12, 2007

_____
Judge of the U.S. District Court