TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (CA State Bar # 111536)
VERONICA BESMER (CA State Bar # 246560)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>                        Plaintiff,<br><br>                   v.<br><br>COCOON FURNISHINGS, INC., a California company,<br><br>                        Defendant. | Case No. C-07-4017 JSW<br><br>**PROOF OF SERVICE OF ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

        I am a citizen of the United States and am employed in the City and County of San Francisco, State of California, am over the age of eighteen years, and am not a party to the above-entitled case. My business address is Two Embarcadero Center, Eighth Floor, San Francisco, California  94111.  I served the **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**, attached hereto as Exhibit A, by causing a true copy thereof to be hand delivered, by depositing a true copy with Federal Express in San Francisco, California, on December 12, 2007, enclosed in sealed envelopes, addressed as follows:

1

Richard P. Hildalgo
Hildalgo & Associates, Inc.

2

222 W. Main Street, Suite 103
Tustin, CA 92780

3

Telephone: (614) 544-6600

4

    I declare under penalty of perjury under the laws of the United States that the foregoing is true

5

and correct. Executed this 12th day of December, 2007 in San Francisco, California.

6

7

8

_____

9

Laura T. Inglis

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF ORDER CONTINUING CMC
*Williams-Sonoma, Inc. v. Cocoon Furnishings, Inc.*; Case No.C 07-04017 JSW

***WILLIAMS-SONOMA, INC. v. COCOON FURNISHINGS, INC.***
**USDC NO. CA., SAN FRANCISCO DIVN.**
**CASE NO. C 07 4017 JSW**

# EXHIBIT A

TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (SBN 111536); *gsgilchrist@townsend.com*
VERONICA BESMER (SBN 246560); *vbesmer@townsend.com*
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., | Case No. C07-04017 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| COCOON FURNISHINGS, INC., | CMC Date:    January 4, 2008 |
| Defendant. | CMC Time:    1:30 pm |
| | CtRm:    2, 17th Floor |

By Order dated October 11, 2007, this Court set the above-referenced action for Case Management Conference on January 4, 2008, at 1:30 p.m. In addition, December 26, 2007 (five (5) court days prior to the conference) was set as the date for the filing of a Joint Case Management Statement.

Since the complaint was filed, the parties have discussed consent judgment and the prospects of settlement. In addition, plaintiff has discovered information about another infringing party that will soon be added as a new defendant. Given that the present defendant has not yet answered, in order to maximize the chance of settlement with this defendant before the litigation begins in earnest, and to provide additional time for plaintiff to amend the complaint, the parties ask for a 28 day continuance of the case management conference and the related deadlines including submission of a Joint ADR Certification, meeting and conferring about and preparing a joint case management statement and

1    proposed order, and making initial disclosures.

2       Accordingly, the parties respectfully request that all pending deadlines be continued for 28

3    days and that the initial Case Management Conference be set for February 1, 2008 at 1:30 p.m.

4

5

6    DATED: December 10, 2007      Respectfully submitted,

7                       TOWNSEND AND TOWNSEND AND CREW LLP

8

9                       By: _____
                          VERONICA BESMER
                          GREGORY S. GILCHRIST

10

11                   Attorneys for Plaintiff
                  WILLIAMS-SONOMA, INC.

12

13    DATED: December 11, 2007      HIDALGO & ASSOCIATES, INC.

14

15                       By: _____
                          RICHARD P. HIDALGO

16

17                   Attorney for Defendant
                  COCOON FURNISHINGS FOR THE HOME, INC.

18

19

20                           **ORDER**

21       PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23

24    Dated:     December 12, 2007     _____

25                      Judge of the U.S. District Court

26

27

28

**Inglis, Laura T.**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Wednesday, December 12, 2007 11:38 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:07-cv-04017-JSW Williams-Sonoma, Inc. v. Cocoon Furnishings, Inc. Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email
the Help Desk by replying to this message; include your question or comment along with the original
text.

Please note that these Notices are sent for all cases in the system when any case activity occurs,
regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an
electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed
document.
*If there is no second hyperlink, there is no electronic document available* .
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no
hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 12/12/2007 11:37 AM PST and filed on
12/12/2007

| | |
|---|---|
| **Case Name:** | Williams-Sonoma, Inc. v. Cocoon Furnishings, Inc. |
| **Case Number:** | 3:07-cv-4017 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
**ORDER GRANTING [10] Stipulation Continuing Case Management Conference and
Related Deadlines. Signed by Judge Jeffrey S. White on 12/12/07. (jjo, COURT STAFF)
(Filed on 12/12/2007)**

**3:07-cv-4017 Notice has been electronically mailed to:**

Veronica Besmer    vbesmer@townsend.com, ltinglis@townsend.com

Gregory S. Gilchrist    gsgilchrist@townsend.com, clpetrich@townsend.com

**3:07-cv-4017 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**G:\JSWALL\PDFtoEFile\07-4017 - Order Granting Stip re CMC - 10.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=12/12/2007] [FileNumber=3982524-0]
[3ad397f0d702ad74f51b04f650a0015853bc2ef67be391de9949daf5647ec0f30a9f
07eda1f7d5405d80ef67a796181c355556d84866e78eb635d6ff1a402044]]