```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (SBN 111536); gsgilchrist@townsend.com
 2  VERONICA BESMER (SBN 246560); vbesmer@townsend.com
    Two Embarcadero Center, Eighth Floor
 3  San Francisco, CA  94111
    Telephone:  (415) 576-0200
 4  Facsimile:  (415) 576-0300

 5  Attorneys for Plaintiff
    WILLIAMS-SONOMA, INC.
 6
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WILLIAMS-SONOMA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, individually and doing business as URBANISM, INC., a California corporation.<br><br>Defendants. | Case No. C-07-04017 JSW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>CMC Date:  February 1, 2008<br>CMC Time:  1:30 pm<br>CtRm:  2, 17th Floor |
|---|---|

By Order dated October 11, 2007, this Court set the above-referenced action for Case Management Conference on January 4, 2008 and continued it on December 12, 2007 until February 1, 2008. In addition, January 25, 2008 (five (5) court days prior to the conference) was set as the date for the filing of a Joint Case Management Statement.

During the course of early discovery, plaintiff has learned information about another infringing party, Urbanism Inc. and its sole owner Stephanie Lamons (collectively, "Urbanism"). An amended complaint adding Urbanism as a defendant has been filed on January 22, 2008. Plaintiff is currently attempting service of process on defendants. Separately, plaintiff and defendant Cocoon Furnishings

have reached an agreement in principal. To provide additional time for the parties to finalize the settlement and for Urbanism to answer the complaint, the parties ask for a 30 day continuance of the case management conference and the related deadlines including submission of a Joint ADR Certification, meeting and conferring about and preparing a joint case management statement and proposed order, and making initial disclosures.

Accordingly, the parties respectfully request that all pending deadlines be continued for 30 days and that the initial Case Management Conference be set for ~~March 3, 2008~~ at 1:30 p.m.

March 7, 2008

DATED: January 22, 2008

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
VERONICA BESMER
GREGORY S. GILCHRIST

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

DATED: January 22, 2008

HIDALGO & ASSOCIATES, INC.

By: _____
RICHARD P. HIDALGO

Attorney for Defendant
COCOON FURNISHINGS FOR THE HOME, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference is CONTINUED to March 7, 2008 at 1:30 p.m.

Dated: January 23, 2008

_____
Judge of the U.S. District Court