| | |
|---|---|
| *Attorney or Party without Attorney:*<br>GREGORY S. GILCHRIST<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>TWO EMBARCADERO CENTER<br>8TH FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-576-0200    *FAX No:* 415-576-0300<br><br>*Ref. No. or File No.:*<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* WILLIAMS-SONOMA, INC.
*Defendant:* COCOON FURNISHINGS, INC., et al.

| PROOF OF SERVICE SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* C-07-4017 JSW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Amended Complaint For Federal Trademark Infringement; Dilution; Copyright Infringement; Violation Of Federal Unfair Competition Law; California Trademark Infringement; Violation Of California False Advertising And Unfair Competition Law (Injunctive Relief Sought); Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Contents Of Joint Case Management Statement; Civil Case Cover Sheet; Complaint For Federal Trademark Infringement; Dilution; Copyright Infringement; Violation Of Federal Unfair Competition Law; California Trademark Infringement; Violation Of California False Advertising And Unfair Competition Law; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Impending Reassignment To A United States District Court Judge; Order Setting Case Management Conference And Requiring Joint Case Management Conference Statement; Stipulation And Order Continuing Case Management Conference And Related Deadlines; Welcome To The U.S. District Court.

3. a. *Party served:*   STEPHANIE LAMONS, individually

4. *Address where the party was served:*   660 WEST 17TH STREET<br>WAREHOUSE 39<br>COSTA MESA, CA 92627

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 24, 2008 (2) at: 10:43AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIMOTHY BERCOVITZ
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) *Registration No.:*   1803
       (iii) *County:*   Orange

First Legal Support Services
ATTORNEY SERVICES
301 CIVIC CENTER DR. WEST
Santa Ana, CA 92701
(714) 541-1110. FAX (714) 541-8182

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Mon, Jan. 28, 2008

Judicial Council Form POS-010         PROOF OF SERVICE            (TIMOTHY BERCOVITZ)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT       6396653.towto.110138