| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| GREGORY S. GILCHRIST<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>TWO EMBARCADERO CENTER<br>8TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-576-0200   FAX No: 415-576-0300 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: WILLIAMS-SONOMA, INC.
Defendant: COCOON FURNISHINGS, INC., et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C-07-4017 JSW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Amended Complaint For Federal Trademark Infringement; Dilution; Copyright Infringement; Violation Of Federal Unfair Competition Law; California Trademark Infringement; Violation Of California False Advertising And Unfair Competition Law (Injunctive Relief Sought); Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Contents Of Joint Case Management Statement; Civil Case Cover Sheet; Complaint For Federal Trademark Infringement; Dilution; Copyright Infringement; Violation Of Federal Unfair Competition Law; California Trademark Infringement; Violation Of California False Advertising And Unfair Competition Law; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice Of Impending Reassignment To A United States District Court Judge; Order Setting Case Management Conference And Requiring Joint Case Management Conference Statement; Stipulation And Order Continuing Case Management Conference And Related Deadlines; Welcome To The U.S. District Court.

3. a. Party served: STEPHANIE LAMONS, dba URBANISM

4. Address where the party was served: 660 WEST 17TH STREET
WAREHOUSE 39
COSTA MESA, CA 92627

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 24, 2008 (2) at: 10:43AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIMOTHY BERCOVITZ
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1803
      (iii) County: Orange

First Legal Support Services
ATTORNEY SERVICES
301 CIVIC CENTER DR. WEST
Santa Ana, CA 92701
(714) 541-1110, FAX (714) 541-8182

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Jan. 28, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(TIMOTHY BERCOVITZ)
6396400.towto.110135