```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (SBN 111536); gsgilchrist@townsend.com
 2  VERONICA BESMER (SBN 246560); vbesmer@townsend.com
    Two Embarcadero Center, Eighth Floor
 3  San Francisco, CA 94111
    Telephone: (415) 576-0200
 4  Facsimile: (415) 576-0300

 5  Attorneys for Plaintiff
    WILLIAMS-SONOMA, INC.
 6
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, individually and doing business as URBANISM, INC., a California corporation. <br><br> Defendants. | Case No. C-07-04017 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT OR OTHERWISE RESPOND TO COMPLAINT** <br><br> CMC Date: March 7, 2008 <br> CMC Time: 1:30 pm <br> CtRm: 2, 17th Floor |

The parties, by and through their counsel of record, hereby stipulate and agree that the time in which defendant Urbanism Inc. and its sole owner Stephanie Lamons (collectively, "Urbanism") may answer or otherwise respond to the Complaint filed by plaintiff Williams-Sonoma, Inc. shall be

///
///
///

1 | extended from February 13, 2008 to March 4, 2008. The reason for the extension is that Urbanism
2 | requires additional time to investigate the facts of the case and prepare its answer.

4 | DATED: February 13, 2008

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
VERONICA BESMER
GREGORY S. GILCHRIST
Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

10 | DATED: February 13, 2008

By: _____
JOHN H. MITCHELL
Attorney for Defendants
STEPHANIE LAMONS AND URBANISM, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Judge of the U.S. District Court