| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| 2 | GREGORY S. GILCHRIST (SBN 111536); gsgilchrist@townsend.com<br>VERONICA BESMER (SBN 246560); vbesmer@townsend.com |
| 3 | Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 |
| 5 | Attorneys for Plaintiff |
| 6 | WILLIAMS-SONOMA, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, individually and doing business as URBANISM, INC., a California corporation.<br><br>Defendants. | Case No. C-07-04017 JSW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT OR OTHERWISE RESPOND TO COMPLAINT<br><br>CMC Date:   March 7, 2008<br>CMC Time:   1:30 pm<br>CtRm:   2, 17th Floor |

The parties, by and through their counsel of record, hereby stipulate and agree that the time in which defendant Urbanism Inc. and its sole owner Stephanie Lamons (collectively, "Urbanism") may answer or otherwise respond to the Complaint filed by plaintiff Williams-Sonoma, Inc. shall be

///
///
///

1  extended from February 13, 2008 to March 4, 2008. The reason for the extension is that Urbanism
2  requires additional time to investigate the facts of the case and prepare its answer.

4  DATED: February 13, 2008              Respectfully submitted,

                                         TOWNSEND AND TOWNSEND AND CREW LLP

                                         By: _____
                                              VERONICA BESMER
                                              GREGORY S. GILCHRIST
                                         Attorneys for Plaintiff
                                         WILLIAMS-SONOMA, INC.

10 DATED: February 13, 2008

                                         By: _____
                                              JOHN H. MITCHELL
                                         Attorney for Defendants
                                         STEPHANIE LAMONS AND URBANISM, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 14, 2008                 _____
                                         Judge of the U.S. District Court

61282164 v1   STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT           2
              *Williams-Sonoma v. Cocoon Furnishings, et al*; Case No. C-07-04017 JSW