1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (SBN 111536); *gsgilchrist@townsend.com*
2  VERONICA BESMER (SBN 246560); *vbesmer@townsend.com*
   Two Embarcadero Center, Eighth Floor
3  San Francisco, CA 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | WILLIAMS-SONOMA, INC., a California corporation, | Case No. C-07-04017 JSW
13 |                                                   | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT OR OTHERWISE RESPOND TO COMPLAINT**
14 |                      Plaintiff,                   |
15 |           v.                                      |
16 | COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, individually and doing business as | CMC Date:    March 7, 2008
17 | URBANISM, INC., a California corporation.          | CMC Time:    1:30 pm
                                                         | CtRm:        2, 17th Floor
18 |                      Defendants.                   |

19

20      The Case Management Conference in the above-referenced action is currently set for March 7,
21 2008, and the Joint Case Management Statement is due on February 29, 2008 (five (5) court days prior
22 to the conference).
23      Since the last stipulation, plaintiff has settled with one of the two defendants. On February 29,
24 2008, plaintiff filed a stipulation to a final judgment and permanent injunction against Cocoon
25 Furnishings. Based on information learned during discovery, plaintiff amended the complaint on
26 January 22, 2008 to add Urbanism Inc. and its sole owner Stephanie Lamons (collectively,
27 "Urbanism") as new defendants. Urbanism was served effective January 24, 2008 and has until March
28 4, 2008 to answer the complaint. It has not yet appeared in the case. In addition, the parties have

discussed the prospects of settlement. In order to maximize the chance of settlement with Urbanism before the litigation begins in earnest, the parties ask for a 28 day continuance of the case management conference and the related deadlines including submission of a Joint ADR Certification, meeting and conferring about and preparing a joint case management statement and proposed order, and making initial disclosures.

Accordingly, the parties respectfully request that all pending deadlines be continued for 28 days and that the initial Case Management Conference be set for April 4, 2008 at 1:30 p.m.

DATED: February 29, 2008

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
VERONICA BESMER
GREGORY S. GILCHRIST
Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

DATED: February 29, 2008

By: _____
JOHN H. MITCHELL
Attorney for Defendants
STEPHANIE LAMONS AND URBANISM, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Judge of the U.S. District Court