John H. Mitchell, Esq. (Bar No. 41489)
LAW OFFICES OF JOHN H. MITCHELL
600 South Main Street, Suite 900
Orange, California 92868
Telephone: (714) 972-9000
Facsimile: (714) 972-9299

Attorneys for Defendant
URBANISM, INC., a California corporation;
STEPHANIE LAMONS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, an individual and doing business as URBANSIM, INC., a California corporation.<br><br>Defendant. | CASE NO.   C-07-04017 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Urbanism was served effective January 24, 2008 and have until March 4, 2008 to respond to the complaint. Urbanism has not yet appeared in this case. Urbansim and Williams-Sonoma have discussed the prospect of settlement. In order to maximize the change of settlement between Urbanism and Williams-Sonoma before the litigation begins in earnest, Urbansim is requesting a two (2) week extension in which to either file an Answer or responsive pleading to Williams-Sonoma's Complaint which would mean that their Answer or responsive pleading would be due no later than Tuesday, March 18, 2008.

Respectfully submitted,

LAW OFFICES OF JOHN H. MITCHELL

Dated: March 3, 2008

_____
JOHN H. MITCHELL
Attorneys for Defendant/Cross-Complainant
URBANISM, INC., a California Corporation;
STEPHANIE LAMONS

Dated: March 3, 2008

TOWNSEND & TOWNSEND AND CREW, LLP

_____
VERONICA A. BESMER
GREGORY S. GILCHRIST
Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                Judge of the U.S. District Court