TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (SBN 111536); gsgilchrist@townsend.com
VERONICA BESMER (SBN 246560); vbesmer@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, individually and doing business as URBANISM, INC., a California corporation.<br><br>  Defendants. | Case No. C-07-04017 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>CMC Date:   March 7, 2008<br>CMC Time:   1:30 pm<br>CtRm:       2, 17th Floor |

The Case Management Conference in the above-referenced action is currently set for March 7, 2008, and the Joint Case Management Statement is due on February 29, 2008 (five (5) court days prior to the conference).

Since the last stipulation, plaintiff has settled with one of the two defendants. On February 29, 2008, plaintiff filed a stipulation to a final judgment and permanent injunction against Cocoon Furnishings. Based on information learned during discovery, plaintiff amended the complaint on January 22, 2008 to add Urbanism Inc. and its sole owner Stephanie Lamons (collectively, "Urbanism") as new defendants. Urbanism was served effective January 24, 2008 and has until March 4, 2008 to answer the complaint. It has not yet appeared in the case. In addition, the parties have

1  discussed the prospects of settlement. In order to maximize the chance of settlement with Urbanism
2  before the litigation begins in earnest, the parties ask for a 28 day continuance of the case management
3  conference and the related deadlines including submission of a Joint ADR Certification, meeting and
4  conferring about and preparing a joint case management statement and proposed order, and making
5  initial disclosures.
6      Accordingly, the parties respectfully request that all pending deadlines be continued for 28
7  days and that the initial Case Management Conference be set for April 4, 2008 at 1:30 p.m.

9  DATED: February 29, 2008    Respectfully submitted,
10     TOWNSEND AND TOWNSEND AND CREW LLP
12 By: _____
    VERONICA BESMER
    GREGORY S. GILCHRIST
13 Attorneys for Plaintiff
    WILLIAMS-SONOMA, INC.

15 DATED: February 29, 2008
17 By: _____
    JOHN H. MITCHELL
18 Attorney for Defendants
    STEPHANIE LAMONS AND URBANISM, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Judge of the U.S. District Court