1   John H. Mitchell, Esq. (Bar No. 41489)
    LAW OFFICES OF JOHN H. MITCHELL
2   600 South Main Street, Suite 900
    Orange, California 92868
3   Telephone: (714) 972-9000
    Facsimile: (714) 972-9299
4
    Attorneys for Defendant
5   URBANISM, INC., a California corporation;
    STEPHANIE LAMONS
6

7

8

9                        UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  WILLIAMS-SONOMA, INC., a California  )    CASE NO.    C-07-04017 JSW
    corporation                          )
    )
14                      Plaintiff,       )    **STIPULATION AND [PROPOSED]**
    )                                         **ORDER EXTENDING TIME TO**
15  vs.                                  )    **ANSWER OR OTHERWISE**
    )                                         **RESPOND TO COMPLAINT**
16  COCOON FURNISHINGS, INC., a          )
    California corporation; STEPHANIE    )
17  LAMONS, an individual and doing business )
    as URBANSIM, INC., a California      )
18  corporation.                         )
    )
19                      Defendant.       )
    _____

20
            Urbanism was served effective January 24, 2008 and have until March 4, 2008 to respond
21
    to the complaint.  Urbanism has not yet appeared in this case.  Urbansim and Williams-Sonoma
22
    have discussed the prospect of settlement.  In order to maximize the change of settlement
23
    between Urbanism and Williams-Sonoma before the litigation begins in earnest, Urbansim is
24
    requesting a two (2) week extension in which to either file an Answer or responsive pleading to
25
    Williams-Sonoma's Complaint which would mean that their Answer or responsive pleading
26
    would be due no later than Tuesday, March 18, 2008.
27

28

                                         1
    STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

LAW OFFICES OF JOHN H. MITCHELL

Dated: March 3, 2008                          / S/
_____
                                              JOHN H. MITCHELL
                                              Attorneys for Defendant/Cross-Complainant
                                              URBANISM, INC., a California Corporation;
                                              STEPHANIE LAMONS

Dated: March 3, 2008              TOWNSEND & TOWNSEND AND CREW, LLP

                                              /S/
_____
                                              VERONICA A. BESMER
                                              GREGORY S. GILCHRIST
                                              Attorneys for Plaintiff
                                              WILLIAMS-SONOMA, INC.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____      _____
                                              Judge of the U.S. District Court

2

1

**PROOF OF SERVICE**

2   STATE OF CALIFORNIA, COUNTY OF ORANGE

3        I am employed in the County of Orange, State of California.
    I am over the age of 18 and not a party to the within action;  my
4   business address is 600 S. Main Street, Suite 900, Orange, CA
    92868

5
         On March 3, 2008, I served the foregoing document described
6   as **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER
    COMPLAINT OR OTHERWISE RESPOND TO COMPLAINT** on all interested
7   parties in this action by placing true copies thereof in sealed
    envelopes addressed as follows:

8
    Gregory S. Gilchrist, Esq.
9   Veronic Besmer, Esq.
    Townsend & Townsend & Chow, LLP
10  Two Embarcadero Center, Eighth Floor
    San Francisco, CA 94111
11  (415) 576-0200 telephone
    (415) 576-0300 facsimile

12
    (X)  BY MAIL:  As follows:  I am "readily familiar" with this
13  firm's practice of collection and processing correspondence for
    mailing.  Under that practice it would be deposited with the U.S.
14  Postal Service on that same day with postage thereon fully
    prepaid at Orange, California, in the ordinary course of
15  business.  I am aware that on motion of the parties served,
    service is presumed invalid if postal cancellation date is more
16  than one day after date of deposit for mailing in declaration.

17  ( )  BY FACSIMILE:  On _____, 2007, at ___:___ __.m. I
    served/transmitted the aforementioned document by facsimile
18  machine, pursuant to Rule 2008.  The facsimile machine I used
    complied with Rule 2008(3), and no error was reported by the
19  machine.  Pursuant to Rule 2008(3)(e), I caused the machine to
    print a confirmation record of each transmission, copies of which
20  are attached.

21  ( )  BY PERSONAL SERVICE:  I caused such envelopes to be
    delivered by hand to the offices of the addressees.

22
         Executed on March 3, 2008, at Orange, California.

23
    ( )  (State) I declare under penalty of perjury under the laws of
24  the State of California that the above is true and correct.

25  (x)  (Federal) I declare that I am employed in the office of a
    member of the bar of this court at whose direction the service
26  was made.

27                                          _____
                                            KELLY CROW
28

3