1  John H. Mitchell, Esq. (Bar No. 41489)
   LAW OFFICES OF JOHN H. MITCHELL
2  600 South Main Street, Suite 900
   Orange, California 92868
3  Telephone: (714) 972-9000
   Facsimile: (714) 972-9299
4
   Attorneys for Defendant
5  URBANISM, INC., a California corporation;
   STEPHANIE LAMONS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation | CASE NO. C-07-04017 JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |
| vs. | |
| COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, an individual and doing business as URBANSIM, INC., a California corporation. | |
| Defendant. | |

Urbanism was served effective January 24, 2008 and have until March 4, 2008 to respond to the complaint. Urbanism has not yet appeared in this case. Urbansim and Williams-Sonoma have discussed the prospect of settlement. In order to maximize the change of settlement between Urbanism and Williams-Sonoma before the litigation begins in earnest, Urbansim is requesting a two (2) week extension in which to either file an Answer or responsive pleading to Williams-Sonoma's Complaint which would mean that their Answer or responsive pleading would be due no later than Tuesday, March 18, 2008.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Respectfully submitted,

LAW OFFICES OF JOHN H. MITCHELL

Dated: March 3, 2008

_____
JOHN H. MITCHELL
Attorneys for Defendant/Cross-Complainant
URBANISM, INC., a California Corporation;
STEPHANIE LAMONS

Dated: March 3, 2008

TOWNSEND & TOWNSEND AND CREW, LLP

_____
VERONICA A. BESMER
GREGORY S. GILCHRIST
Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

### ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: March 4, 2008

_____
Judge of the U.S. District Court

---

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT