1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (SBN 111536); gsgilchrist@townsend.com
2  VERONICA BESMER (SBN 246560); vbesmer@townsend.com
   Two Embarcadero Center, Eighth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  WILLIAMS-SONOMA, INC., a California          Case No. C-07-04017 JSW
    corporation,
12                                               **STIPULATION AND [PROPOSED] ORDER
                Plaintiff,                       CONTINUING CASE MANAGEMENT
13                                               CONFERENCE AND RELATED
          v.                                     DEADLINES**
14
    COCOON FURNISHINGS, INC., a California       CMC Date:        March 7, 2008
15  corporation; STEPHANIE LAMONS,               CMC Time:        1:30 pm
    individually and doing business as          CtRm:            2, 17th Floor
16  URBANISM, INC., a California corporation.
17              Defendants.

18

19

20        The Case Management Conference in the above-referenced action is currently set for March 7,

21  2008, and the Joint Case Management Statement is due on February 29, 2008 (five (5) court days prior

22  to the conference).

23        Since the last stipulation, plaintiff has settled with one of the two defendants.  On February 29,

24  2008, plaintiff filed a stipulation to a final judgment and permanent injunction against Cocoon

25  Furnishings.  Based on information learned during discovery, plaintiff amended the complaint on

26  January 22, 2008 to add Urbanism Inc. and its sole owner Stephanie Lamons (collectively,

27  "Urbanism") as new defendants.  Urbanism was served effective January 24, 2008 and has until March

28  4, 2008 to answer the complaint.  It has not yet appeared in the case.  In addition, the parties have

1  discussed the prospects of settlement. In order to maximize the chance of settlement with Urbanism

2  before the litigation begins in earnest, the parties ask for a 28 day continuance of the case management

3  conference and the related deadlines including submission of a Joint ADR Certification, meeting and

4  conferring about and preparing a joint case management statement and proposed order, and making

5  initial disclosures.

6      Accordingly, the parties respectfully request that all pending deadlines be continued for 28

7  days and that the initial Case Management Conference be set for April 4, 2008 at 1:30 p.m.

8

9  DATED: February 29, 2008          Respectfully submitted,

10                                    TOWNSEND AND TOWNSEND AND CREW LLP

11

12                                    By: _____
                                          VERONICA BESMER
13                                        GREGORY S. GILCHRIST
                                      Attorneys for Plaintiff
14                                    WILLIAMS-SONOMA, INC.

15  DATED: February 29, 2008

16

17                                    By: _____
                                          JOHN H. MITCHELL
18                                    Attorney for Defendants
                                      STEPHANIE LAMONS AND URBANISM, INC.
19

20

21                            **ORDER**

22      PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24

25  Dated: _____March 5, 2008_____

26                                    _____
                                      Judge of the U.S. District Court
27

28