TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (CA State Bar # 111536)
VERONICA BESMER (CA State Bar # 246560)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>COCOON FURNISHINGS, INC., a California company,<br><br>            Defendant. | Case No. C-07-4017 JSW<br><br>**NOTICE OF ENTRY OF ORDER RE FINAL JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Court entered the attached Order Granting Stipulation for Final Judgment and Permanent Injunction on March 3, 2008.

DATED: March 6, 2008         Respectfully submitted,

                             TOWNSEND AND TOWNSEND AND CREW LLP

                             By: _____
                                 Veronica Besmer
                                 Attorneys for Plaintiff WILLIAMS-SONOMA, INC.

```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (SBN 111536); gsgilchrist@townsend.com
 2  VERONICA BESMER (SBN 246560); vbesmer@townsend.com
    Two Embarcadero Center, 8th Floor
 3  San Francisco, California 94111
    Telephone: (415) 576-0200
 4  Facsimile: (415) 576-0300

 5  Attorneys for Plaintiff
    WILLIAMS-SONOMA, INC.
 6
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WILLIAMS-SONOMA, INC., a California corporation, | Case No. C-07-4017 JSW |
|---|---|
| Plaintiff, | STIPULATION TO FINAL JUDGMENT AND PERMANENT INJUNCTION |
| v. | |
| COCOON FURNISHINGS, INC., et al., | |
| Defendants. | |

Plaintiff Williams-Sonoma, Inc. and defendant Cocoon Furnishings, Inc. hereby stipulate to the facts and conclusions contained in the attached Final Judgment and Permanent Injunction and consent to its entry by the court.

IT IS SO STIPULATED AND CONSENTED.

DATED: February 27, 2008        TOWNSEND AND TOWNSEND AND CREW LLP

                                By: _____
                                    Veronica Besmer
                                    Attorneys for Plaintiff Williams-Sonoma, Inc.

DATED: February 27, 2008        HIDALGO & ASSOCIATES, INC.

                                By: _____
                                    Richard R. Hidalgo
                                    Attorneys for Defendant Cocoon Furnishings, Inc.

TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (SBN 111536); gsgilchrist@townsend.com
VERONICA BESMER (SBN 246560); vbesmer@townsend.com
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COCOON FURNISHINGS, INC., et al.,<br><br>Defendants. | Case No. C-07-4017 JSW<br><br>**FINAL JUDGMENT UPON CONSENT AND PERMANENT INJUNCTION** |

Plaintiff Williams-Sonoma, Inc. ("WSI") has filed a Complaint alleging trademark infringement, dilution, copyright infringement, and unfair competition under federal and California law against defendant Cocoon Furnishings, Inc. ("Cocoon Furnishings"). WSI alleges that Cocoon Furnishings has sold furniture and home items that have been marketed in ways that infringe WSI's intellectual property rights. The Court now enters final judgment based upon the following stipulated facts.

I.  **STIPULATED FACTS AND CONCLUSIONS**

A.  This Court has subject matter jurisdiction over this lawsuit and personal jurisdiction over Cocoon Furnishings. Venue is proper in this Court.

B.  WSI owns a federal trademark registration for POTTERY BARN (Registration No.

2021077; first used April of 1956; registered on December 3, 1996) for use on a variety of furniture and home furnishings. This registration, and all other WSI registrations, applications, and common law marks incorporating the Pottery Barn® name, including "PB," which is a common consumer reference to WSI's "Pottery Barn" brands, will be referred to collectively hereafter as "Pottery Barn Marks." WSI also owns valid copyright registrations for its Pottery Barn® catalogs.

C. Cocoon Furnishings has promoted and sold furniture and other home items using the Pottery Barn Marks, including but not limited to featuring references to the Pottery Barn Marks in its print advertising and on its website, as well as displaying Pottery Barn® and Williams Sonoma Home® catalogs in its showroom. WSI alleges that these uses are likely to cause confusion and deception among consumers.

## II. ORDER AND INJUNCTION

It is hereby ordered and adjudged as follows:

1. Cocoon Furnishings shall pay the sum of $5,000 to WSI within ten days of entry of this Judgment.

2. Commencing as of the "So Ordered" date of this Final Judgment and Permanent Injunction, Cocoon Furnishings, its principals, agents, employees, officers, directors, servants, successors, and assigns, and all persons acting in concert or participating with it or under its control who receive actual notice of this Order, are hereby permanently enjoined and restrained, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following:

   a. Any and all use of the Pottery Barn® name or trademark in connection with any advertising or promotion of Cocoon Furnishings' stores, products, or services, including advertising or promotion of its website, via domain names, URL's, meta tags or metatext, or in any other way. Cocoon Furnishings will, likewise, not use the Pottery Barn® trademarks or "PB" in connection with its price or hang tags, or in any other in-store display.

   b. Distributing or displaying any Pottery Barn® or Williams-Sonoma® catalogs, in whole or in part, or any pages from Pottery Barn® catalogs, in stores, on web sites, in advertising or in any other way.

   c. Any practice, whether explicitly forbidden by this agreement or not, that (a) is

likely to cause consumer confusion or misapprehension about any relationship, affiliation, sponsorship or other connection between Cocoon Furnishings and Williams-Sonoma®, Pottery Barn,® or any other Williams-Sonoma brand, or (b) tends to deceive consumers that (i) Cocoon Furnishings' products are manufactured by the same source as Pottery Barn products, (ii) Cocoon Furnishings' products are equal or equivalent quality as Pottery Barn products if they are not, or (iii) Cocoon Furnishings' products are "discounted" from prices charged for the same products at Pottery Barn® stores.

3. Each party has waived the right to appeal from this final judgment and each party will bear its own fees and costs in connection with this action.

4. This Court shall retain jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Judgment, the enforcement thereof, and/or the punishment for any violations thereof.

5. In the event that Cocoon Furnishings violates the terms of this Judgment, subject to five (5) business days' notice of any such violation and Cocoon Furnishings' failure to cure such default within such 5-day period, Cocoon Furnishings shall pay to WSI for WSI's reasonable attorney's fees and costs of this action solely to the extent such fees and costs relate to claims made against Cocoon Furnishings, as well as any enforcement or contempt proceedings against Cocoon Furnishings. For any future proceeding to enforce the terms of this Judgment, service by mail upon a party or their counsel of record at their last known address shall be deemed adequate notice for each party.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: March 3, 2008

_____
Hon. Jeffrey S. White
United States Magistrate Judge

Inglis, Laura T.

| | |
|---|---|
| From: | ECF-CAND@cand.uscourts.gov |
| Sent: | Monday, March 03, 2008 1:40 PM |
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 3:07-cv-04017-JSW Williams-Sonoma, Inc. v. Cocoon Furnishings, Inc. Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 3/3/2008 1:39 PM PST and filed on 3/3/2008
**Case Name:**     Williams-Sonoma, Inc. v. Cocoon Furnishings, Inc.
**Case Number:**   3:07-cv-4017
**Filer:**
**Document Number:** 22

**Docket Text:**
ORDER GRANTING STIPULATION FOR FINAL JUDGMENT AND PERMANENT INJUNCTION. Signed by Judge Jeffrey S. White on 3/3/08. (jjo, COURT STAFF) (Filed on 3/3/2008)


**3:07-cv-4017 Notice has been electronically mailed to:**

Veronica Besmer     vbesmer@townsend.com, ltinglis@townsend.com

Gregory S. Gilchrist     gsgilchrist@townsend.com, clpetrich@townsend.com

**3:07-cv-4017 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\JSWALL\PDFtoEFile\07-4017 - Order Granting Stip Decree - 20.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/3/2008] [FileNumber=4186156-0] [
01078488ab6f9987c94938234e2968a434c96d79b1bc94837d44829a8e0c51d550822e

3/3/2008

8daa99c5fb159ce3e63badb9a9e523f02d70224bbf03af7315b22da1b6]]

3/3/2008

# PROOF OF SERVICE

I hereby certify that I am a citizen of the United States, am over the age of 18 years and am not a party to the within action. I am employed in San Francisco, California; my business address is Two Embarcadero Center, Eighth Floor, San Francisco, California 94111.

On March 6, 2008, I served by United States first class mail, a true copy of the attached document entitled **NOTICE OF ENTRY OF ORDER RE FINAL JUDGMENT** by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

>Richard P. Hidalgo, Esq.
>Hidalgo & Associates, Inc.
>222 West Main Street, Suite 103
>Tustin, CA 92780

>Counsel for Defendant, *Cocoon Furnishing, Inc.*

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed this 6th day of March, 2008, at San Francisco, California.

_____
Laura T. Inglis