1  John H. Mitchell, Esq. (Bar No. 41489)
   LAW OFFICES OF JOHN H. MITCHELL
2  600 South Main Street, Suite 900
   Orange, California 92868
3  Telephone: (714) 972-9000
   Facsimile: (714) 972-9299
4
   Attorneys for Defendant
5  URBANISM, INC., a California corporation;
   STEPHANIE LAMONS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, an individual and doing business as URBANSIM, INC., a California corporation.<br><br>　　　　　Defendant. | CASE NO.   C-07-04017 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

　　Urbanism was served effective January 24, 2008 and have until March 18, 2008 to respond to the complaint. Urbanism has not yet appeared in this case. Urbansim and Williams-Sonoma have discussed the prospect of settlement. In order to maximize the change of settlement between Urbanism and Williams-Sonoma before the litigation begins in earnest, Urbansim is requesting a two (2) week extension in which to either file an Answer or responsive pleading to Williams-Sonoma's Complaint which would mean that their Answer or responsive pleading would be due no later than Tuesday, April 1, 2008.

Respectfully submitted,

LAW OFFICES OF JOHN H. MITCHELL

Dated: March 18, 2008                             /S/
_____
JOHN H. MITCHELL
Attorneys for Defendant/Cross-Complainant
URBANISM, INC., a California Corporation;
STEPHANIE LAMONS

Dated: March 18, 2008     TOWNSEND & TOWNSEND AND CREW, LLP

                                 /S/
_____
VERONICA A. BESMER
GREGORY S. GILCHRIST
Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                Judge of the U.S. District Court

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 S. Main Street, Suite 900, Orange, CA 92868

    On March 3, 2008, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT OR OTHERWISE RESPOND TO COMPLAINT** on all interested parties in this action by placing true copies thereof in sealed envelopes addressed as follows:

Gregory S. Gilchrist, Esq.
Veronic Besmer, Esq.
Townsend & Townsend & Chow, LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
(415) 576-0200 telephone
(415) 576-0300 facsimile

(X)  BY MAIL: As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Orange, California, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for mailing in declaration.

( )  BY FACSIMILE: On _____, 2007, at ___:___ ___.m. I served/transmitted the aforementioned document by facsimile machine, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2008(3), and no error was reported by the machine. Pursuant to Rule 2008(3)(e), I caused the machine to print a confirmation record of each transmission, copies of which are attached.

( )  BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees.

    Executed on March 3, 2008, at Orange, California.

( )  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(x)  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                    KELLY CROW