1   John H. Mitchell, Esq. (Bar No. 41489)
    LAW OFFICES OF JOHN H. MITCHELL
2   600 South Main Street, Suite 900
    Orange, California 92868
3   Telephone: (714) 972-9000
    Facsimile: (714) 972-9299
4
    Attorneys for Defendant
5   URBANISM, INC., a California corporation;
    STEPHANIE LAMONS
6

7

8
                    UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12

13  WILLIAMS-SONOMA, INC., a California  )   CASE NO.    C-07-04017 JSW
    corporation                          )
                                         )
14               Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                         )   **ORDER EXTENDING TIME TO**
15  vs.                                  )   **ANSWER OR OTHERWISE**
                                         )   **RESPOND TO COMPLAINT**
16  COCOON FURNISHINGS, INC., a          )
    California corporation; STEPHANIE    )
17  LAMONS, an individual and doing business )
    as URBANSIM, INC., a California      )
18  corporation.                         )
                                         )
19               Defendant.              )
    _____
20
         Urbanism was served effective January 24, 2008 and have until March 18, 2008 to
21
    respond to the complaint.  Urbanism has not yet appeared in this case.  Urbansim and Williams-
22
    Sonoma have discussed the prospect of settlement.  In order to maximize the change of
23
    settlement between Urbanism and Williams-Sonoma before the litigation begins in earnest,
24
    Urbansim is requesting a two (2) week extension in which to either file an Answer or responsive
25
    pleading to Williams-Sonoma's Complaint which would mean that their Answer or responsive
26
    pleading would be due no later than Tuesday, April 1, 2008.
27

28

                                          1

1      Respectfully submitted,

2      LAW OFFICES OF JOHN H. MITCHELL

3

4  Dated: March 18, 2008              _____/S/_____

       JOHN H. MITCHELL
5      Attorneys for Defendant/Cross-Complainant
       URBANISM, INC., a California Corporation;
6      STEPHANIE LAMONS

7

8  Dated: March 18, 2008              TOWNSEND & TOWNSEND AND CREW, LLP

9      _____/S/_____

       VERONICA A. BESMER
10     GREGORY S. GILCHRIST
       Attorneys for Plaintiff
11     WILLIAMS-SONOMA, INC.

12

                           **ORDER**
13

14     PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

15

16

   Dated: __March 20, 2008_____      _____
17                                      Judge of the U.S. District Court

18

19

20

21

22

23

24

25

26

27

28

                                   2