TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
VERONICA BESMER (Bar # 246560)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
gsgilchrist@townsend.com;
vbesmer@townsend.com

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COCOON FURNISHINGS, INC., *et al.*,<br><br>Defendants. | Case No. C-07-4017 JSW<br><br>**PLAINTIFF WILLIAMS-SONOMA, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: March 28, 2008                Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Gregory S. Gilchrist
Veronica Besmer
Attorneys for Plaintiff WILLIAMS-SONOMA, INC

61324563 v1