John H. Mitchell, Esq. (Bar No. 41489)
LAW OFFICES OF JOHN H. MITCHELL
600 South Main Street, Suite 900
Orange, California 92868
Telephone: (714) 972-9000
Facsimile: (714) 972-9299

Attorneys for Defendant
URBANISM, INC., a California corporation;
STEPHANIE LAMONS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, an individual and doing business as URBANSIM, INC., a California corporation<br><br>Defendant. | CASE NO.    C-07-04017 JSW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE |

The Case Management Conference in the above-reference action is currently set for April 4, 2008, and the Joint Case Management Conference Statement is due March 28, 2008.

Urbanism, Inc. and Stephanie Lamons were served effective January 24, 2008 and have until April 1, 2008 to respond to the complaint. Urbanism, Inc. and Stephanie Lamons have not yet appeared in this case. The parties are actively pursuing settlement in this matter.

In order to maximize the chance of settlement in this matter prior to litigation, the parties respectfully request that Case Management Conference and the time for Defendants Urbanism, Inc. and Stephanie Lamons to file the responsive pleading to the Complaint be continued to April 25, 2008. As such, conferring about the preparation of a joint case management statement and

proposed order, and making initial disclosures will also be continued so the Joint Case Management Statement will then be due April 18, 2008 (five (5) court days prior top the conference)

Respectfully submitted,

LAW OFFICES OF JOHN H. MITCHELL

Dated: April 2, 2008

_____
JOHN H. MITCHELL
Attorney for Defendants URBANISM, INC.,
and STEPHANIE LAMONS

Dated: April 2, 2008

TOWNSEND & TOWNSEND AND CREW, LLP

_____
VERONICA A. BESMER
GREGORY S. GILCHRIST
Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: April 2, 2008

_____
Judge of the U.S. District Court