UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Williams-Sonoma, Inc.

      Plaintiff(s),

    v.

Cocoon Furnishings, Inc., Stephanie
Lamons and Urbanism, Inc.
      Defendant(s).
_____/

Case No. C07-04017 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

   **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

   **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

   **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 17, 2008

Christine Amatruda
[Party] Williams-Sonoma, Inc.

Dated: April 17, 2008

/s/ Veronica Besmer
[Counsel]