John H. Mitchell, Esq. (Bar No. 41489)
LAW OFFICES OF JOHN H. MITCHELL
600 South Main Street, Suite 900
Orange, California 92868
Telephone: (714) 972-9000
Facsimile: (714) 972-9299

Attorneys for Defendant
URBANISM, INC., a California corporation;
STEPHANIE LAMONS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, an individual and doing business as URBANISM, INC., a California corporation.<br><br>Defendant. | CASE NO.   C-07-04017 JSW<br><br>**DEFENDANTS STEPHANIE LAMONS AND URBANISM'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

LAW OFFICES OF JOHN H. MITCHELL

Dated: April 22, 2008

_____
JOHN H. MITCHELL
Attorneys for Defendant
URBANISM, INC., a California Corporation;
STEPHANIE LAMONS