UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Williams-Sonoma, Inc

                              CASE NO. C07-04017 JSW

Plaintiff(s),

v.

Cocoon Furnishings, Inc , Stephanie Lamons
and Urbanism, Inc

                              STIPULATION AND [PROPOSED]
                              ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L R 5)
✔     Mediation (ADR L.R. 6)

*(Note Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✔     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____


Dated: April 22, 2008                                    /s/ Veronica Besmer
                                                          Attorney for Plaintiff

Dated: April 22, 2008                                    /s/ John H. Mitchell
                                                          Attorney for Defendant

[~~PROPOSED~~] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✔    Mediation
        Private ADR

    Deadline for ADR session
✔    90 days from the date of this order
        other

IT IS SO ORDERED.

Dated: April 23, 2008

                              /s/ Jeffrey S. White
                       UNITED STATES ~~MAGISTRATE~~ JUDGE
                                  DISTRICT

# GENERAL ORDER 45 ATTESTATION

I, Veronica Besmer, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS.  In compliance with General Order 45, X.B., I hereby attest that John H. Mitchell has concurred in this filing.

/s/ Veronica Besmer