John H. Mitchell, Esq. (Bar No. 41489)
LAW OFFICES OF JOHN H. MITCHELL
600 South Main Street, Suite 900
Orange, California 92868
Telephone: (714) 972-9000
Facsimile: (714) 972-9299

Attorneys for Defendant
URBANISM, INC., a California corporation;
STEPHANIE LAMONS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation<br><br>Plaintiff,<br><br>vs<br><br>COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, an individual and doing business as URBANSIM, INC., a California corporation.<br><br>Defendant | CASE NO. C-07-04017 JSW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE |

Urbanism, Inc. and Stephanie Lamons were served effective January 24, 2008 and have until April 25, 2008 to respond to the complaint. Urbanism, Inc and Stephanie Lamons have not yet appeared in this case. The parties are actively pursuing settlement in this matter. Defendants are producing the information Plaintiff has requested.

In order to maximize the chance of settlement between Urbanism and Williams-Sonoma before the litigation begins in earnest, the parties are requesting that defendants have a two (2) week extension in which to either file an Answer or responsive pleading to Williams-Sonoma's Complaint which would mean that their Answer or responsive pleading would be due no later than Friday, May 9, 2008

Furthermore, the parties respectfully request that Case Management Conference be continued to May 16, 2008.

Respectfully submitted,

LAW OFFICES OF JOHN H. MITCHELL

Dated: April 24, 2008

*[signature]*

JOHN H. MITCHELL
Attorney for Defendants URBANISM, INC., and STEPHANIE LAMONS

Dated: April 24, 2008

TOWNSEND & TOWNSEND AND CREW, LLP

*[signature]*

VERONICA A. BESMER
GREGORY S. GILCHRIST
Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Judge of the U.S. District Court

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND TO CONTINUE THE CMC