1   John H. Mitchell, Esq. (Bar No. 41489)
    LAW OFFICES OF JOHN H. MITCHELL
2   600 South Main Street, Suite 900
    Orange, California 92868
3   Telephone: (714) 972-9000
    Facsimile: (714) 972-9299
4
    Attorneys for Defendant
5   URBANISM, INC., a California corporation;
    STEPHANIE LAMONS
6

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12   WILLIAMS-SONOMA, INC., a California    )    CASE NO.    C-07-04017 JSW
13   corporation                           )
                                           )
14              Plaintiff,                  )    STIPULATION AND [PROPOSED]
                                           )    ORDER EXTENDING TIME TO
15   vs                                     )    ANSWER OR OTHERWISE
                                           )    RESPOND TO COMPLAINT AND
16   COCOON FURNISHINGS, INC., a           )    TO CONTINUE THE CASE
     California corporation; STEPHANIE     )    MANAGEMENT CONFERENCE
17   LAMONS, an individual and doing business )
     as URBANSIM, INC., a California       )
18   corporation.                          )
                                           )
19              Defendant                   )

20   ─────────────────────────────────────

21        Urbanism, Inc. and Stephanie Lamons were served effective January 24, 2008 and have

22   until April 25, 2008 to respond to the complaint. Urbanism, Inc. and Stephanie Lamons have not

23   yet appeared in this case. The parties are actively pursuing settlement in this matter. Defendants

24   are producing the information Plaintiff has requested.

25        In order to maximize the chance of settlement between Urbanism and Williams-Sonoma

26   before the litigation begins in earnest, the parties are requesting that defendants have a two (2)

27   week extension in which to either file an Answer or responsive pleading to Williams-Sonoma's

28   Complaint which would mean that their Answer or responsive pleading would be due no later

     than Friday, May 9, 2008

                                        1

1    Furthermore, the parties respectfully request that Case Management Conference be

2    continued to May 16, 2008.

3                                        Respectfully submitted,

4                                        LAW OFFICES OF JOHN H. MITCHELL

5

6    Dated: April 24, 2008
                                         _____
7                                        JOHN H. MITCHELL
                                         Attorney for Defendants URBANISM, INC.,
                                         and STEPHANIE LAMONS
8

9    Dated: April 24, 2008               TOWNSEND & TOWNSEND AND CREW, LLP

10
                                         _____
11                                       VERONICA A. BESMER
                                         GREGORY S. GILCHRIST
12                                       Attorneys for Plaintiff
                                         WILLIAMS-SONOMA, INC.
13

14                                       **ORDER**

15

16          PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

17

18    Dated: _____April 24, 2008_____
                                         _____
19                                       Judge of the U.S. District Court

20

21

22

23

24

25

26

27

28