John H. Mitchell, Esq. (Bar No. 41489)
LAW OFFICES OF JOHN H. MITCHELL
600 South Main Street, Suite 900
Orange, California 92868
Telephone: (714) 972-9000
Facsimile: (714) 972-9299

Attorneys for Defendant
URBANISM, INC., a California corporation;
STEPHANIE LAMONS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, an individual and doing business as URBANISM, INC., a California corporation.<br><br>Defendant. | CASE NO.   C-07-04017 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Urbanism was served effective January 24, 2008 and have until May 9, 2008, to respond to the complaint. Urbanism has not yet appeared in this case. Urbanism and Williams-Sonoma have discussed the prospect of settlement. In order to maximize the change of settlement between Urbanism and Williams-Sonoma before the litigation begins in earnest, Urbanism is requesting an extension in which to file an Answer or responsive pleading to Williams-Sonoma's Complaint to Wednesday, May 14, 2008 and the Disclosures to Friday, May 16, 2008. This extension has been stipulated to on the condition that the parties will keep the May 16, 2008 date for the Case Management Conference.

Respectfully submitted,

LAW OFFICES OF JOHN H. MITCHELL

Dated: May 12, 2008

_____
JOHN H. MITCHELL
Attorney for Defendants URBANISM, INC.,
and STEPHANIE LAMONS

Dated: May 12, 2008

TOWNSEND & TOWNSEND AND CREW, LLP

_____
VERONICA A. BESMER
GREGORY S. GILCHRIST
Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                                    Judge of the U.S. District Court