**TOWNSEND**
*and*
**TOWNSEND**
*and*
**CREW**
LLP

San Francisco

Two Embarcadero Center
Eighth Floor
San Francisco, California 94111-3834
Tel 415.576.0200
Fax 415.576.0300

VERONICA BESMER
Direct: (415) 273-7597
vbesmer@towsend.com

May 12, 2008

**VIA E-MAIL AND U.S. MAIL**

Alice M. Fiel, ADR Case Administrator
United States District Court - ADR Unit
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

   Re: Appointment of Mediator Mr. William F. Abrams in matter *Williams-Sonoma v. Cocoon Furnishings, et al.* (Case No. C-07-04017 JSW)

Dear Sir/Madam:

  On May 5, 2008, Mr. William F. Abrams of Bingham McCutchen was appointed as a mediator in the case referenced above. We would like to disclose two potential conflicts of interests and, pursuant to ADR Local Rule 2-5(d)(4), request the ADR Director to reconsider Mr. Abrams' appointment in light of this information.

  First, our client Williams-Sonoma, Inc. ("WSI") is a current client of Bingham McCutchen. Second, Townsend and Townsend and Crew has a co-counsel relationship with Bingham McCutchen regarding a client that Mr. Abrams represented as lead counsel in a trial taking place in October and November 2007.

  These relationships between Mr. Abrams as the mediator in this case and a party and its counsel may compromise the parties' ability to have an effective mediation. We therefore ask the ADR Director to reconsider the appointment of Mr. Abrams and, if a conflict of interest is determined, appoint another mediator.

         Very truly yours,

         Veronica Besmer

VlB:sbl
cc: Mr. John H. Mitchell, Esq.
   Williams-Sonoma, Inc.

61360790 v1