# UNITED STATES DISTRICT COURT

## Northern District of California

| Williams-Sonoma, Inc., | 07-04017 JSW MED |
|---|---|
| Plaintiff(s), | **Notice Vacating Appointment of Mediator** |
| v. | |
| Cocoon Furnishings, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The appointment of William F. Abrams to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: May 12, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
07-04017 JSW MED