1  John H. Mitchell, Esq. (Bar No. 41489)
   LAW OFFICES OF JOHN H. MITCHELL
2  600 South Main Street, Suite 900
   Orange, California 92868
3  Telephone: (714) 972-9000
   Facsimile: (714) 972-9299
4
5  Attorneys for Defendant
   URBANISM, INC., a California corporation;
6  STEPHANIE LAMONS

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation | CASE NO. C-07-04017 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, an individual and doing business as URBANISM, INC., a California corporation. | |
| Defendant. | |

Urbanism was served effective January 24, 2008 and have until May 9, 2008, to respond to the complaint. Urbanism has not yet appeared in this case. Urbanism and Williams-Sonoma have discussed the prospect of settlement. In order to maximize the change of settlement between Urbanism and Williams-Sonoma before the litigation begins in earnest, Urbanism is requesting an extension in which to file an Answer or responsive pleading to Williams-Sonoma's Complaint to Wednesday, May 14, 2008 and the Disclosures to Friday, May 16, 2008. This extension has been stipulated to on the condition that the parties will keep the May 16, 2008 date for the Case Management Conference.

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

| | |
|---|---|
| | Respectfully submitted, |
| | LAW OFFICES OF JOHN H. MITCHELL |
| Dated: May 12, 2008 | */s/ John H. Mitchell*<br>JOHN H. MITCHELL<br>Attorney for Defendants URBANISM, INC., and STEPHANIE LAMONS |
| Dated: May 12, 2008 | TOWNSEND & TOWNSEND AND CREW, LLP<br>*/s/ V. Besmer*<br>VERONICA A. BESMER<br>GREGORY S. GILCHRIST<br>Attorneys for Plaintiff<br>WILLIAMS-SONOMA, INC. |

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: May 12, 2008

*/s/ Jeffrey S. White*
Judge of the U.S. District Court