# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Williams-Sonoma, Inc., <br>         Plaintiff(s), <br> v. <br> Cocoon Furnishings, Inc., <br>         Defendant(s). | 07-04017 JSW MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Yaroslav Sochynsky**
> Wulff, Quinby & Sochynsky
> 1901 Harrison Street
> Suite 1420
> Oakland, CA 94612
> 510-663-5222
> yarko@aol.com

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: May 16, 2008

RICHARD W. WIEKING
Clerk
by:  Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04017 JSW MED                           - 2 -