# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 16, 2008                **Court Reporter**: Jim Yeomans


**CASE NO. C-07-4017 JSW**

**TITLE:**  Williams Sonoma, Inc., v. Cocoon Furnishings Inc.,


| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Veronica Besmer | John Mitchell |

**PROCEEDINGS:**   Initial Case Management Conference


**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by May 23, 2008.

    **ADR:   Court mediation to be completed by 7-15-08**

    **Close of fact discovery:  8-27-08**

    **Close of Expert discovery:  10-23-08**

    **Hearing on dispositive motions (if any):  12-12-08 at 9:-00 a.m.**

    **Pretrial Conference: 3-2-09 at 2:00 p.m.**

    **Jury Trial:  3-23-09 at 8:30 a.m.**

    **Any motion for change of venue and preemption of cause of action shall be filed by 6-16-08.**

    **Counsel shall meet and confer re: stipulation of amended complaint**

    **Further CMC:  10-31-08 at 1:30 p.m.**
    **Joint supplemental case management statement due:  10-24-08**