1    TOWNSEND AND TOWNSEND AND CREW LLP
     GREGORY S. GILCHRIST (CA State Bar # 111536); *gsgilchrist@townsend.com*
2    VERONICA BESMER (CA State Bar # 246560); *vbesmer@townsend.com*
     Two Embarcadero Center, 8th Floor
3    San Francisco, California  94111
     Telephone:  (415) 576-0200
4    Facsimile:  (415) 576-0300

5    Attorneys for Plaintiff
     WILLIAMS-SONOMA, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   WILLIAMS-SONOMA, INC., a California          Case No. C-07-4017 JSW
     corporation,
13                                                **DECLARATION OF VERONICA BESMER**
                        Plaintiff,                **REGARDING JOINT FILING**
14                                                **CONSENTING TO THE JURISDICTION**
             v.                                   **OF A MAGISTRATE JUDGE**
15
     COCOON FURNISHINGS, INC., *et al.*,
16
                        Defendants.
17

18

19        1.        I, Veronica Besmer, declare as follows:

20        2.    I am an attorney licensed to practice in the State of California, am a member of the bar of

21   this Court, and am an associate at the law firm of Townsend and Townsend and Crew LLP.  The

22   following facts are within my personal knowledge, except for those matters stated upon information

23   and belief, and if called upon to testify, I would and could competently testify hereto.

24        3.    During the initial case management conference on May 16, 2008, the Court ordered the

25   parties to file a joint statement by May 23, 2008 regarding their clients' consent to a magistrate judge.

26        4.    Williams-Sonoma, Inc. ("WSI") expressed some willingness to consent to a magistrate

27   judge if defendants agree.

28

61380448 v1    DECLARATION OF VERONICA BESMER                                          - 1 -
               *Williams-Sonoma, Inc. v. Cocoon, et al.*; Case No. C-07-4017 JSW

1    5.    Attached as Exhibit 1 is a true and correct copy of the letter dated May 22, 2008 from me to

2  counsel of record for defendants, Mr. John Mitchell, informing him that WSI would agree to a

3  magistrate judge and asking him to meet and confer with me about it.  I have not received any

4  response.

5    6.    On May 23, 2008, I left a voice mail message for Mr. Mitchell, asking him to call me back

6  regarding the joint filing.  I have not received any response.

7    7.    WSI therefore submits this declaration because it has no other way to comply with the

8  Court's order.

9    I declare under penalty of perjury under the laws of United States of America that the

10  foregoing is true and correct, and that this declaration was executed on May 23, 2008, at San

11  Francisco, California.

12

13

14
        /s/ Veronica Besmer
        Veronica Besmer

15

16

17

18

19

20

21

22

23

24

25

26

27

28