IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA INC., | |
| Plaintiff, | No. C 07-04017 JSW |
| v. | |
| COCOON FURNISHINGS, INC., ET AL., | **ORDER TO SHOW CAUSE** |
| Defendants. | |

This matter came before the Court for a case management conference on Friday, May 16, 2008. The Court ordered the parties to file a joint statement by no later than May 23, 2008 regarding their clients' consent to proceed before a magistrate judge. On May 23, 2008, the Court received a submission from Plaintiff indicating its consent to so proceed and demonstrating that Defendants had failed to meet and confer regarding the required *joint* submission. Defendants are HEREBY ORDERED to show cause in writing by no later than Friday, May 30, 2008, why they should not be sanctioned in the amount of $500 for failing to abide by this Court's order regarding consent to a magistrate judge.

///
///
///
///

1 | Defendants are further ORDERED to submit a statement by no later than May 30, 2008, indicating whether they agree to consent to a magistrate judge for all purposes or would prefer to proceed before this Court.

**IT IS SO ORDERED.**

Dated: May 28, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2