1  John H. Mitchell, Esq. (Bar No. 41489)
   LAW OFFICES OF JOHN H. MITCHELL
2  600 South Main Street, Suite 900
   Orange, California 92868
3  Telephone: (714) 972-9000
   Facsimile: (714) 972-9299
4
   Attorneys for Defendant
5  URBANISM, INC., a California corporation;
   STEPHANIE LAMONS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation | CASE NO.   C-07-04017 JSW |
| Plaintiff, | **STATEMENT REGARDING CONSENT TO A MAGISTRATE JUDGE** |
| vs | |
| COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, an individual and doing business as URBANISM, INC., a California corporation. | |
| Defendant | |

Pursuant to the Courts Order of May 16, 2008, Defendants Urbanism Inc and Stephanie Lamons (collectively, "Urbanism") submit their Statement that they do not consent to the jurisdiction of a magistrate judge at this time

Defendants are arranging for substitute counsel and feel they should not decide to commit new counsel to a magistrate judge at this time. If new counsel would prefer a magistrate judge perhaps that could be arranged when local counsel takes over

///

///

///

1
2
3
4  Dated: May 28, 2008          Respectfully submitted,
5
6
7                               LAW OFFICES OF JOHN H. MITCHELL
8                               _____
                                JOHN H. MITCHELL
                                Attorneys for Defendants URBANISM, INC
9                                   and STEPHANIE LAMONS
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 S. Main Street, Suite 900, Orange, CA 92868.

On May 28, 2008, I served the foregoing document described as **STATEMENT REGARDING CONSENT TO A MAGISTRATE JUDGE** on all interested parties in this action by placing true copies thereof in sealed envelopes addressed as follows:

Gregory S. Gilchrist, Esq.
Veronic Besmer, Esq.
Townsend & Townsend & Chow, LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
(415) 576-0200 telephone
(415) 576-0300 facsimile

(X) BY MAIL: As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Orange, California, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for mailing in declaration.

Executed on May 28, 2008, at Orange, California.

(x) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ JOHN H. MITCHELL