JOHN H. MITCHELL
LAW OFFICES OF JOHN H. MITCHELL
600 S. Main Street, Suite 900
Orange, California 92868
(714) 972-9000
(714) 972-9299 FAX

Attorneys for Defendants,
STEPHANIE LAMONS and URBANISM, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COCOON FURNISHINGS, INC., et al.<br><br>Defendants. | CASE NO.: C-07-4017 JSW<br><br>DECLARATION OF JOHN H. MITCHELL IN RESPONSE TO ORDER TO SHOW CAUSE |

1. I, John H. Mitchell, declare as follows:

2. I am an attorney licensed to practice in the State of California, am a member of the bar of this Court. The following facts are within my personal knowledge, except for those matters stated upon information and belief, and if called upon to testify, I would and could competently testify hereto.

3. My secretary is the only person in my office who knows how to e-file documents to the U.S. District Court in the Northern District.

4. She was unavailable on May 22, 2008 and May 23, 2008.

5. I attempted to find someone who knew how. I could not find anyone.

6. I telephoned Jennifer, the court room clerk late on May 23, 2008, and informed her of my problem. She asked if my secretary would be back Tuesday (the next court day). I said yes,

1

      she suggested I submit the documents Tuesday with a declaration explaining the delay

7. I obtained the services of another secretary on Saturday, Sunday and Monday who knows how to so file, but determined we need to get the password in order to file and had to wait until Tuesday.

8. I appeared in court Tuesday morning in San Bernardino. I called when I returned and left a message on the help line. The help line returned my call when I was away from the office. They couldn't leave it on voicemail without talking to me. I called them back and obtained the password at 3:30 p.m.

9. I tried to file but my secretary was not back, I was unable to file.

10. I called Jennifer just after 9:00 a.m. the next morning. She told me the OSC was just issued.

11. I sincerely appologize to the court. I tried my best.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 30, 2008 in Orange, California.

JOHN H. MITCHELL