United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA INC., | |
| Plaintiff, | No. C 07-04017 JSW |
| v. | |
| COCOON FURNISHINGS, INC., ET AL., | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| Defendants. | |

This matter came before the Court for a case management conference on Friday, May 16, 2008. The Court ordered the parties to file a joint statement by no later than May 23, 2008 regarding their clients' consent to proceed before a magistrate judge. On May 23, 2008, the Court received a submission from Plaintiff indicating its consent to so proceed and demonstrating that Defendant had failed to meet and confer regarding the required *joint* submission. Accordingly, on May 28, 2008, this Court issued an order to show cause for Defendant to show in writing by no later than Friday, May 30, 2008, why it should not be sanctioned in the amount of $500 for failing to abide by this Court's order regarding consent to a magistrate judge.

On May 30, 2008, this Court received a declaration from John H. Mitchell attesting to his lack of familiarity with the Court's e-filing system and apologizing to the Court. Having received Defendant's response, the Order to Show Cause is HEREBY DISCHARGED.

Defendant is, however, put on notice that any future failures to comply with the Federal Rules of Civil Procedure, the Northern District's Civil Local Rules, or the Standing Orders of this Court may result in sanctions being imposed.

**IT IS SO ORDERED.**

Dated: June 5, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE