ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## United States District Court
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

July 9, 2008

Gregory S. Gilchrist
Veronica Besmer
Townsend & Townsend & Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
415/576-0200

John Hodgson Mitchell
600 South Main Street
Suite 900
Orange, CA 92868
714-972-9000

Re: Williams-Sonoma, Inc. v. Cocoon Furnishings, Inc.
<u>Case No. C 07-04017 JSW MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call with Robin W. Siefkin, ADR Program Staff Attorney, to discuss the timeframe for the Mediation. We would like to schedule this for **Wednesday, July 16, 2008 at 2:00 p.m. PDT.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator