1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (SBN 111536); *gsgilchrist@townsend.com*
2  VERONICA BESMER (SBN 246560); *vbesmer@townsend.com*
   Two Embarcadero Center, Eighth Floor
3  San Francisco, CA 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300

5  Attorneys for Plaintiff
   WILLIAMS-SONOMA, INC.
6

7  LAW OFFICES OF JOHN H. MITCHELL
   John H. Mitchell (SBN 41489); *johnmitchelllaw@yahoo.com*
8  600 South Main Street, Suite 900
   Orange, California 92868
9  Telephone: (714) 972-9000
   Facsimile: (714) 972-9299
10
   Attorneys for Defendants
11 URBANISM, INC.;
   STEPHANIE LAMONS
12

13

14                    UNITED STATES DISTRICT COURT

15               FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17 | WILLIAMS-SONOMA, INC., a California corporation, | Case No. C-07-04017 JSW |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR MEDIATION, CLOSE OF DISCOVERY AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| COCOON FURNISHINGS, INC., a California corporation; STEPHANIE LAMONS, individually and doing business as URBANISM, INC., a California corporation. | |
| Defendants. | |

   The deadline to complete mediation was July 15, 2008, the close of fact discovery is August 27, 2008, the close of expert discovery is October 23, 2008 and the next Case Management Conference is set for October 31, 2008.

1  The parties were unable to set a mediation date during the four pre-mediation conference calls
2  with the mediator, Mr. Yaroslav Sochynsky, on June 12, 2008, June 23, 2008, June 27, 2008 and July
3  8, 2008.  Once, Defendants did not appear for a scheduled telephone call and the other times,
4  Defendants were unable to commit to a mediation date because their claims were pending with the
5  insurance carriers, who at that time had not committed to whether they were going to cover the
6  defense of this case.  The uncertainty of the counsel issue was already raised by Mr. John Mitchell,
7  current counsel of record, with this Court during the initial Case Management Conference on May 16,
8  2008 and earlier than that with Plaintiff.  On July 15, 2008, the parties held a telephone conference
9  with ADR Program Staff Attorney Robin W. Siefkin, who recommended scheduling the mediation
10  date with Mr. Sochynsky and filing this Joint Stipulation and Proposed Order by July 25, 2008
11  because Defendants by then had resolved their issues with the insurance carriers.  Although
12  Defendants currently have still not identified their future litigation counsel, the parties have now set
13  the mediation date for August 14, 2008 with Mr. Sochynsky.  This is a mere 13 days before the close
14  of fact discovery.  If the parties will not settle before or during the mediation, this long one-sided
15  delay in the mediation process would prejudice Plaintiff's further prosecution of this case.

16  Therefore, the parties hereby respectfully request that the deadline to complete mediation be
17  continued to August 20, 2008, that the close of fact discovery be continued until September 30, 2008,
18  that the close of expert discovery be continued until November 20, 2008 and that the next Case
19  Management Conference be set for November 28, 2008.

DATED: July 30, 2008           Respectfully submitted,

                               TOWNSEND AND TOWNSEND AND CREW LLP


                               By:      /s/ Veronica Besmer
                                       VERONICA BESMER
                                       GREGORY S. GILCHRIST
                               Attorneys for Plaintiff
                               WILLIAMS-SONOMA, INC.

DATED: July 30, 2008
                               By:      /s/ John H. Mitchell
                                       JOHN H. MITCHELL
                               Attorney for Defendants
                               STEPHANIE LAMONS AND URBANISM, INC.

**GENERAL ORDER 45 ATTESTATION**

I, Veronica Besmer, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES FOR MEDIATION, CLOSE OF DISCOVERY AND CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that John H. Mitchell has concurred in this filing.

/s/ Veronica Besmer

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5  Dated: _____

6  _____
   Judge of the U.S. District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28